CLAASSEN, Professional Corporation
John S. Claassen, Esq. (212954)
1999 Harrison St., Suite 2210
Oakland, CA 94612
Tel.: (510) 251-8010
Fax: (510) 868-3398

Attorney for Defendants
MULESOFT, INC. and
PHILIP T. BRADLEY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BUSINESS INTEGRATION TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MULESOFT, INC. & PHILIP T. BRADLEY, <br><br> Defendants. | Case No. 3:11-cv-04782-EDL <br><br> **STIPULATION TO ENLARGE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT (Local Civ. R. 6-1(b));** <br><br> ~~[PROPOSED]~~ **ORDER; and** <br><br> **DECLARATION OF JOHN S. CLAASSEN, ESQ.** |

**STIPULATION & [PROPOSED] ORDER TO ENLARGE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendants MuleSoft, Inc. and Philip T. Bradley ("Defendants") and plaintiff Business Integration Technology ("Plaintiff") hereby recite, stipulate, and agree pursuant to Civil Local Rule 6-1(b) as follows:

### R E C I T A L S

A. Plaintiff filed Document 70, its Second Amended Complaint, on December 19, 2011.

B. Defendants' answer or other response to Document 70 must be filed pursuant to Federal Rule of Civil Procedure 15(a)(3) no later than January 3, 2012.

C. Defendants have sought Plaintiff's stipulation to the enlargement of Defendants' time to answer or otherwise respond to Document 70 for ten (10) days until no later than January 13, 2012.

D. Plaintiff is agreeable to such enlargement of time.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

**STIPULATION & [PROPOSED] ORDER TO ENLARGE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

3:11-cv-04782-EDL

-1-

# S T I P U L A T I O N

Accordingly, the parties stipulate and agree as follows:

1. Defendants' answer or other response to Document 70 shall be filed and served no later than January 13, 2012.

Respectfully submitted,

DATED: 12/30/2011                    CLAASSEN, Professional Corporation


By: /s/ John S. Claassen, Esq.
       John S. Claassen, Esq.
Attorney for Defendants
MULESOFT, INC. & PHILIP T. BRADLEY


DATED: 12/30/2011                    MOSER & MARSALEK, P.C.


By: /s/ Jennifer Betz, Esq.
       Jennifer Betz, Esq. (*admitted pro hac*)
Attorneys for Plaintiff
BUSINESS INTEGRATION TECHNOLOGY, INC.

## ~~[PROPOSED]~~ ORDER

For good cause shown, the above stipulation of the parties is adopted as the Order of the Court.

IT IS SO ORDERED.

DATED:  January 3, 2012

*[signature]*
Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE

//
//
//
//
//

**STIPULATION & [PROPOSED] ORDER
TO ENLARGE TIME FOR DEFENDANTS
TO RESPOND TO PLAINTIFF'S
SECOND AMENDED COMPLAINT**                          3:11-cv-04782-EDL

-2-

**DECLARATION OF JOHN S. CLAASSEN, ESQ.**

I, John S. Claassen, state as follows:

1. I am admitted to practice before this Court. I am counsel of record of defendants MuleSoft, Inc. and Philip T. Bradley in the above-captioned action. Unless otherwise indicated, I have personal knowledge of the facts alleged herein and could and would testify competently thereto if asked to do so.

2. I have sought on behalf of Defendants an enlargement of Defendants' time to answer or otherwise respond to Document 70 to accommodate my personal plans during the holidays.

3. Both Plaintiff and Defendants have previously sought and received enlargements of time in this action. Such enlargements of time are documented in Documents 5, 19, 21, and 44.

4. I do not believe that the enlargement of time requested through the parties' stipulation will affect any existing deadlines imposed by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 30th day of December 2012 at Oakland, California.

/s/John S. Claassen, Esq.

_____
JOHN S. CLAASSEN, ESQ.

**STIPULATION & [PROPOSED] ORDER
TO ENLARGE TIME FOR DEFENDANTS
TO RESPOND TO PLAINTIFF'S
SECOND AMENDED COMPLAINT**     3:11-cv-04782-EDL

-3-

## CERTIFICATON

I, John S. Claassen, Esq., am the ECF User whose identification and password are being used to file the STIPULATION TO ENLARGE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT (Local Civ. R. 6-1(b)); and [PROPOSED] ORDER.  In compliance with General Order 45.X.B, I hereby attest that Jennifer Betz, Esq. has concurred in this filing.

Respectfully submitted,

DATED: Dec. 30, 2011                         CLAASSEN, Professional Corporation


                                             By:  /s/ John S. Claassen
                                                  John S. Claassen, Esq.
                                             Attorney for Defendants
                                             MULESOFT, INC. & PHILIP T. BRADLEY