1  CLAASSEN, Professional Corporation
   John S. Claassen, Esq. (212954)
2  1999 Harrison St., Suite 2210
   Oakland, CA 94612
3  Tel.: (510) 251-8010
   Fax: (510) 868-3398
4
   Attorney for Defendants
5  MULESOFT, INC. and
   PHILIP T. BRADLEY
6
                    **UNITED STATES DISTRICT COURT**
7
                    **NORTHERN DISTRICT OF CALIFORNIA**
8

9  BUSINESS INTEGRATION        )
   TECHNOLOGY, INC.,           )
                               )    Case No. 3:11-cv-04782-EDL
10                             )
           Plaintiff,          )
11                             )    **STIPULATION & [PROPOSED]**
                               )    **ORDER CONTINUING INITIAL CASE**
12 v.                          )    **MANAGEMENT CONFERENCE &**
                               )    **RELATED DEADLINES** AS MODIFIED
13                             )
                               )
14 MULESOFT, INC. & PHILIP T.  )
   BRADLEY,                    )
15                             )
           Defendants.         )
16                             )
   _____)
17

---

**STIPULATION & [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE & RELATED DEADLINES**                              **3:11-cv-04782-EDL**

## STIPULATION & [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE & RELATED DEADLINES

Defendants MuleSoft, Inc. and Philip T. Bradley ("Defendants") and plaintiff Business Integration Technology ("Plaintiff") hereby recite, stipulate, and agree pursuant to Civil Local Rules 7-12 and 16-2(d) as follows:

### RECITALS

A. This case was transferred from the Eastern District of Missouri on or around September 16, 2011 (*See* Doc. 53).

B. Soon after the transfer, the Court entered an Order Setting Initial Case Management for January 10, 2012 and ordered, among other things, that the parties meet and confer regarding initial disclosures by December 20, 2012 and serve initial disclosures no later than January 3, 2012.

C. Plaintiff filed Document 70, its Second Amended Complaint, on or around December 19, 2011.

D. Defendants intend to file a motion to dismiss Document 70 pursuant to Federal Rule of Civil Procedure 12(b)(6) or, in the alternative, move for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c).

E. Because of uncertainty regarding what allegations will survive the motion described above, there is a risk that dates set at the Initial Case Management Conference will be delayed as a result of possible further amendments to the pleadings.

F. There is an additional risk of unnecessary disputes between the parties about the proper scope of discovery in light of their differences over the viability of certain allegations in the Second Amended Complaint.

G. A continuance of the Initial Case Management Conference and of the conference of the parties until after the parties' differences regarding the pleadings have been resolved is likely to reduce disputes between the parties about the scope of permissible discovery.

H. Defendants have sought and received Plaintiff's agreement to a continuance of: (i) the Initial Case Management Conference; (ii) the parties' conference pursuant to Federal Rule of Civil Procedure 26(f); and (iii) the deadline for service of initial disclosures.

I. The agreement is conditioned on Defendants' not proposing an alternative schedule until such time as the Court enters an order granting or denying Defendants' motion.

## **S T I P U L A T I O N**

Accordingly, the parties stipulate and agree as follows:

1. The Initial Case Management Conference scheduled for January 10, 2012 is hereby vacated;

2. The parties shall file a stipulation proposing an Initial Case Management Conference no later than 15 days following the entry of an order regarding Defendants' anticipated motion to dismiss.

3. The December 20, 2011 deadline to meet and confer regarding initial disclosures and the January 3, 2012 deadline for service of the parties Initial Disclosures are vacated. The stipulation described in paragraph 2 shall propose deadlines for the parties to meet and confer regarding initial disclosures and service of initial disclosures.

Respectfully submitted,

DATED: 12/30/2011                     CLAASSEN, Professional Corporation


By: /s/ John S. Claassen, Esq.
    John S. Claassen, Esq.
Attorney for Defendants
MULESOFT, INC. & PHILIP T. BRADLEY


DATED: 12/30/2011                     MOSER & MARSALEK, P.C.


By: /s/ Jennifer Betz, Esq.
    Jennifer Betz, Esq. (*admitted pro hac*)
Attorneys for Plaintiff
BUSINESS INTEGRATION TECHNOLOGY, INC.

**STIPULATION & [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE & RELATED DEADLINES**                                    3:11-cv-04782-EDL

-2-

1  **[PROPOSED] ORDER**

2  For good cause shown, ~~the above stipulation of the parties is adopted as the Order of the Court.~~ the Initial Case Management Conference is continued to April 3, 2012 at 10:00 a.m.

4  IT IS SO ORDERED, AS MODIFIED.

5  DATED: January 3, 2012

_____
Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*

**CERTIFICATION**

I John S. Claassen, Esq., am the ECF User whose ID and password are being used to file **STIPULATION & [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE & RELATED DEADLINES**. In compliance with General Order 45.X.B, I hereby attest that Jennifer Betz, Esq. has concurred in this filing.

Respectfully submitted,

DATED: 12/30/2011                    CLAASSEN, Professional Corporation


                                     By: /s/ John S. Claassen
                                         John S. Claassen, Esq.
                                     Attorneys for Defendants
                                     MULESOFT, INC. & PHILIP T. BRADLEY