PHILIP L. WILLMAN (*Admitted Pro Hac*)
JENNIFER A. BETZ (*Admitted Pro Hac*)
**MOSER & MARSALEK, P.C.**
200 North Broadway, - Suite 700
Saint Louis, Missouri 63102
Telephone:   (314) 421-5364
Facsimile:    (314) 421-5640

FRANCIS TORRENCE (SBN: 154653)
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
525 Market Street – 17th Floor
San Francisco, California 94105-2725
Telephone:   (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Plaintiff,
**BUSINESS INTEGRATION TECHNOLOGY, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUSINESS INTEGRATION TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MULESOFT, INC. & PHILIP T. BRADLEY, <br><br> Defendants. | *Hon. Elizabeth D. Laporte* <br><br> Case No.: 3:11-cv-04782-EDL <br> **ORDER ON STIPULATION TO ENLARGE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND TO STRIKE ALL OR PART OF PLAINTIFF'S SECOND AMENDED COMPLAINT** |

STIPULATION TO ENLARGE TIME FOR PLAINTIFF TO RESPOND TO
DEFENDANTS' MOTION TO DISMISS AND TO STRIKE ALL OR PART
OF PLAINTIFF'S SECOND AMENDED COMPLAINT.

Page 1 of 6
Case No.: 3:11-cv-04782-EDL

**STIPULATION & [PROPOSED] ORDER TO ENLARGE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND TO STRIKE ALL OR PART OF PLAINTIFF'S SECOND AMENDED COMPLAINT**

Plaintiff, Business Integration Technology, Inc. (hereinafter "BIT"), hereby states as follows:

### RECITALS

A. Plaintiff filed Document 70, its Second Amended Complaint, on December 19, 2011.

B. Defendants' answer or other response to Document 70, pursuant to Federal Rule of Civil Procedure 15(a)(3), was due no later than January 3, 2012.

C. Upon Stipulation of the Parties, (Document 74), and this Court's Order (Document 76), Defendants were granted an enlargement of time to respond, and specifically ten (10) additional days.

D. Defendants filed their Motion to Dismiss Plaintiff's Second Amended Complaint, (Document 78).

E. Plaintiff's response to Document 78, pursuant to this Court's Order, is due January 31, 2012.

F. Plaintiff has sought Defendants' stipulation to the enlargement of time to file a response to Document 78 for ten (10) days, and no later than February 11, 2012.

G. Defendants are agreeable to such enlargement of time.

STIPULATION TO ENLARGE TIME FOR PLAINTIFF TO RESPOND TO
DEFENDANTS' MOTION TO DISMISS AND TO STRIKE ALL OR PART
OF PLAINTIFF'S SECOND AMENDED COMPLAINT.

Page 2 of 6
Case No.: 3:11-cv-04782-EDL

## STIPULATION

Accordingly, the parties stipulate and agree as follows:

1. Plaintiffs response to Document 78 shall be filed and served no later than February 11, 2012.

Respectfully submitted,

**CLAASSEN, Professional Corporation**

DATED: January 31, 2012

By: /s/ John S. Claassen, Esq.
John S. Claassen, Esq.
Attorney for Defendants
MULESOFT, INC. & PHILIP T. BRADLEY

Respectfully submitted,

**MOSER & MARSALEK, P.C**

Dated January 31, 2012

By: /s/ Philip L. Willman (*Admitted Pro Hac*)
/s/ Jennifer A. Betz (*Admitted Pro Hac*)

Attorney for Plaintiff

**BUSINESS INTEGRATION TECHNOLOGY, INC.**

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

Dated January 31, 2012

By: /s/ Francis Torrence
FRANCIS TORRENCE (SBN: 154653)

Attorney for Plaintiff

**BUSINESS INTEGRATION TECHNOLOGY, INC.**

---

STIPULATION TO ENLARGE TIME FOR PLAINTIFF TO RESPOND TO
DEFENDANTS' MOTION TO DISMISS AND TO STRIKE ALL OR PART
OF PLAINTIFF'S SECOND AMENDED COMPLAINT.

## [PROPOSED] ORDER

For good cause shown, the above Stipulation of the Parties is adopted as the Order of the Court. Plaintiff shall file its response to Defendants' motion to dismiss by February 11, 2012. Defendants shall file their reply by February 18, 2012.

IT IS SO ORDERED:

DATED: February 2, 2012

_____
Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE

---

STIPULATION TO ENLARGE TIME FOR PLAINTIFF TO RESPOND TO
DEFENDANTS' MOTION TO DISMISS AND TO STRIKE ALL OR PART
OF PLAINTIFF'S SECOND AMENDED COMPLAINT.

Page 4 of 6
Case No.: 3:11-cv-04782-EDL

## DECLARATION OF JENNIFER A. BETZ, ESQ.

I, Jennifer A. Betz, state as follows:

1. I am admitted *pro hac vice* to practice before this Court in this matter. I am one of the counsel of record of Plaintiff Business Integration Technology, Inc., in the above-captioned action. Unless otherwise indicated, I have personal knowledge of the facts alleged herein and could and would testify competently thereto if asked to do so.

2. I have sought on behalf of Plaintiff an enlargement of Plaintiff's time to answer or otherwise respond to Document 78 to accommodate professional conflicts.

3. I do not believe that the enlargement of time requested through the parties' stipulation will affect any existing deadlines imposed by the Court. The hearing in this matter is not until March 27, 2012.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 31st day of January 2012 at St. Louis, Missouri.

BY:  /s/ Jennifer A. Betz
     JENNIFER A. BETZ, ESQ.

STIPULATION TO ENLARGE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND TO STRIKE ALL OR PART OF PLAINTIFF'S SECOND AMENDED COMPLAINT.

Page 5 of 6
Case No.: 3:11-cv-04782-EDL

## CERTIFICATION

I, Francis J. Torrence, Esq., am the ECF User whose identification and password are being used to file the STIPULATION TO ENLARGE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND TO STRIKE ALL OR PART OF PLAINTIFF'S SECOND AMENDED COMPLAINT (Local Civ. R. 6-1(b); and [PROPOSED] ORDER. In compliance with General Order 4.X.B, I hereby attest that John S. Claassen, Esq. has concurred in this filing.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated January 31, 2012

By: /s/ Francis Torrence
FRANCIS TORRENCE (SBN: 154653)

Attorney for Plaintiff

**BUSINESS INTEGRATION TECHNOLOGY, INC.**