CLAASSEN, Professional Corporation
John S. Claassen, Esq. (212954)
1999 Harrison St., Suite 2210
Oakland, CA 94612
Tel.: (510) 251-8010
Fax: (510) 868-3398

Attorney for Defendants
MULESOFT, INC. and
PHILIP T. BRADLEY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BUSINESS INTEGRATION TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MULESOFT, INC. & PHILIP T. BRADLEY, <br><br> Defendants. | Case No. 3:11-cv-04782-EDL <br><br> **STIPULATION & [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE & RELATED DEADLINES** |

**STIPULATION &** ~~**[PROPOSED]**~~ **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE & RELATED DEADLINES**

Defendants MuleSoft, Inc. and Philip T. Bradley ("Defendants") and plaintiff Business Integration Technology, Inc. ("Plaintiff") hereby recite, stipulate, and agree pursuant to Civil Local Rules 7-12 and 16-2(d) as follows:

### R E C I T A L S

A. This case was transferred from the United States District Court for the Eastern District of Missouri on or around September 16, 2011 (*See* Doc. 53).

B. On or around January 30, 2012, the Clerk entered a Notice of Case Management Conference and set a due date for the filing of a Joint Case Management Statement of March 26, 2012 (*See* Doc. 80).

C. In light of Plaintiff's anticipated filing of a Third Amended Complaint, the parties now jointly seek a continuance of approximately 60 days of: (i) the Initial Case Management Conference; (ii) the parties' conference pursuant to Federal Rule of Civil Procedure 26(f); (iii) the deadline for service of initial disclosures; and (iv) submission of the parties' Joint Case Management Statement.

### S T I P U L A T I O N

Accordingly, the parties stipulate and agree as follows:

1. The Initial Case Management Conference scheduled for April 5, 2012 and the related deadlines to serve initial disclosures and submit a Joint Case Management Statement, as identified above, are hereby vacated;

2. The Initial Case Management Conference shall be heard on June 5, 2012 at 10:00 a.m., in Courtroom E of United States District Court for the Northern District of California before the Honorable Elizabeth D. Laporte; and,

3. The parties shall submit a joint case management statement and serve Rule 26(f) disclosures no later than May 29, 2012.

Respectfully submitted,

DATED: Mar. 26, 2012                    CLAASSEN, Professional Corporation


                                        By: /s/ John S. Claassen, Esq.
                                            John S. Claassen, Esq.
                                        Attorney for Defendants
                                        MULESOFT, INC. & PHILIP T. BRADLEY


DATED: Mar. 26, 2012                    MOSER & MARSALEK, P.C.


                                        By: /s/ Jennifer Betz, Esq.
                                            Jennifer Betz, Esq. (*admitted pro hac*)
                                        Attorneys for Plaintiff
                                        BUSINESS INTEGRATION TECHNOLOGY, INC.


DATED: Mar. 26, 2012                    WILSON, ELSER, LLP


                                        By: /s/ Francis Torrence, Esq.
                                            Francis Torrence, Esq.
                                        Attorneys for Plaintiff
                                        BUSINESS INTEGRATION TECHNOLOGY, INC.


## [~~PROPOSED~~] ORDER

For good cause shown, the above stipulation of the parties is adopted as the Order of the Court.

IT IS SO ORDERED.

DATED: March 29, 2012                   _/s/ Elizabeth D. Laporte_
                                        Elizabeth D. Laporte
                                        UNITED STATES MAGISTRATE JUDGE

## CERTIFICATON

I John S. Claassen, Esq., am the ECF User whose identification and password are being used to file **STIPULATION & [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE & RELATED DEADLINES.** In compliance with General Order 45.X.B, I hereby attest that Jennifer Betz, Esq. and Francis Torrence, Esq. have concurred in this filing.

Respectfully submitted,

DATED: Mar. 26, 2012                    CLAASSEN, Professional Corporation


                                        By: /s/ John S. Claassen
                                            John S. Claassen, Esq.
                                        Attorneys for Defendants
                                        MULESOFT, INC. & PHILIP T. BRADLEY