1  CLAASSEN, Professional Corporation
   John S. Claassen, Esq. (212954)
2  1999 Harrison St., Suite 2210
   Oakland, CA 94612
3  Tel.: (510) 251-8010
   Fax: (510) 868-3398
4
   Attorney for Defendants
5  MULESOFT, INC. and
   PHILIP T. BRADLEY
6
                    **UNITED STATES DISTRICT COURT**
7
                    **NORTHERN DISTRICT OF CALIFORNIA**
8

9  BUSINESS INTEGRATION        )
   TECHNOLOGY, INC.,           )
                               )   Case No. 3:11-cv-04782-EDL
10                             )
          Plaintiff,           )
11                             )   **STIPULATION &** ~~[PROPOSED]~~
                               )   **ORDER CONTINUING INITIAL CASE**
12 v.                          )   **MANAGEMENT CONFERENCE &**
                               )   **RELATED DEADLINES**
13                             )
                               )
14 MULESOFT, INC. & PHILIP T.  )
   BRADLEY,                    )
15                             )
          Defendants.          )
16                             )
   _____)
17

**STIPULATION & [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE & RELATED DEADLINES**

Defendants MuleSoft, Inc. and Philip T. Bradley ("Defendants") and plaintiff Business Integration Technology, Inc. ("Plaintiff") hereby recite, stipulate, and agree pursuant to Civil Local Rules 7-12 and 16-2(d) as follows:

**R E C I T A L S**

A. This case was transferred from the United States District Court for the Eastern District of Missouri on or around September 16, 2011 (*See* Doc. 53).

B. On or around January 30, 2012, the Clerk entered a Notice of Case Management Conference and set a due date for the filing of a Joint Case Management Statement of March 26, 2012 (*See* Doc. 80).

C. In light of Plaintiff's anticipated filing of a Third Amended Complaint, the parties now jointly seek a continuance of approximately 60 days of: (i) the Initial Case Management Conference; (ii) the parties' conference pursuant to Federal Rule of Civil Procedure 26(f); (iii) the deadline for service of initial disclosures; and (iv) submission of the parties' Joint Case Management Statement.

**S T I P U L A T I O N**

Accordingly, the parties stipulate and agree as follows:

1. The Initial Case Management Conference scheduled for April 5, 2012 and the related deadlines to serve initial disclosures and submit a Joint Case Management Statement, as identified above, are hereby vacated;

2. The Initial Case Management Conference shall be heard on June 5, 2012 at 10:00 a.m., in Courtroom E of United States District Court for the Northern District of California before the Honorable Elizabeth D. Laporte; and,

3. The parties shall submit a joint case management statement and serve Rule 26(f) disclosures no later than May 29, 2012.

Respectfully submitted,

DATED: Mar. 26, 2012                CLAASSEN, Professional Corporation


                                    By: /s/ John S. Claassen, Esq.
                                        John S. Claassen, Esq.
                                    Attorney for Defendants
                                    MULESOFT, INC. & PHILIP T. BRADLEY


DATED: Mar. 26, 2012                MOSER & MARSALEK, P.C.


                                    By: /s/ Jennifer Betz, Esq.
                                        Jennifer Betz, Esq. (*admitted pro hac*)
                                    Attorneys for Plaintiff
                                    BUSINESS INTEGRATION TECHNOLOGY,
                                    INC.

DATED: Mar. 26, 2012                WILSON, ELSER, LLP


                                    By: /s/ Francis Torrence, Esq.
                                        Francis Torrence, Esq.
                                    Attorneys for Plaintiff
                                    BUSINESS INTEGRATION TECHNOLOGY,
                                    INC.


## [PROPOSED] ORDER

For good cause shown, the above stipulation of the parties is adopted as the Order of the Court.

IT IS SO ORDERED.

DATED: March 29, 2012            *Elizabeth D. Laporte* (signature)
                                    Elizabeth D. Laporte
                                    UNITED STATES MAGISTRATE JUDGE

# CERTIFICATON

I John S. Claassen, Esq., am the ECF User whose identification and password are being used to file **STIPULATION & [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE & RELATED DEADLINES.** In compliance with General Order 45.X.B, I hereby attest that Jennifer Betz, Esq. and Francis Torrence, Esq. have concurred in this filing.

Respectfully submitted,

DATED: Mar. 26, 2012                    CLAASSEN, Professional Corporation


                                        By:  /s/ John S. Claassen
                                             John S. Claassen, Esq.
                                        Attorneys for Defendants
                                        MULESOFT, INC. & PHILIP T. BRADLEY