1  PHILIP L. WILLMAN (*Admitted Pro Hac*)
   JENNIFER A. BETZ (*Admitted Pro Hac*)
2  **MOSER & MARSALEK, P.C.**
   200 North Broadway, Suite 700
3  St. Louis, Missouri 63102
   Telephone:    (314) 421-5364
4  Facsimile:    (314) 421-5640

5  FRANCIS TORRENCE (State Bar No,. 154653)
   **WILSON, ELSER, MOSKOWITZ,**
6  **EDELMAN & DICKER LLP**
   525 Market Street, 17th Floor
7  San Francisco, California 94105-2725
   Telephone:    (415) 433-0990
8  Facsimile:    (415) 434-1370

9  Attorneys for Plaintiff,
   BUSINESS INTEGRATION TECHNOLOGY, INC.
10

11                 **UNITED STATES DISTRICT COURT**

12                 **NORTHERN DISTRICT OF CALIFORNIA**

13

14  BUSINESS INTEGRATION                     )  Case No.:   3:11-cv-04782 EDL
    TECHNOLOGY, INC.,                        )
15                                           )  *Hon. Elizabeth D. Laporte*
                   Plaintiff,                )
16                                           )  **REVISED STIPULATION TO ENLARGE**
           v.                                )  **TIME FOR PARTIES TO SERVE THEIR**
17                                           )  **RULE 26 DISCLOSURES AND SUBMIT**
    MULESOFT, INC. & PHILIP T. BRADLEY,      )  **JOINT CASE MANAGEMENT ORDER;**
18                                           )  **DECLARATION OF JENNIFER A. BETZ;**
                   Defendants.               )  **[PROPOSED ORDER]**
19  _____ )

20

21

22

23

24

25

26

27

28                                        1
    REVISED STIPULATION TO ENLARGE TIME FOR PARTIES TO SERVE THEIR RULE 26 DISCLOSURES AND SUBMIT
    JOINT CASE MANAGEMENT ORDER; [PROPOSED ORDER]                  Case No. 3:11-cv-04782 EDL
    884600.1

1    **REVISED STIPULATION AND [PROPOSED] ORDR TO ENLARGE TIME FOR PARTIES TO SERVE THEIR RULE 26 DISCLOSURES AND SUBMIT THEIR JOINT CASE MANAGEMENT ORDER**

2

3       Plaintiff, Business Integration Technology, Inc. (hereinafter "BIT"), hereby states as

4    follows:

5                                    **R E C I T A L S**

6       A.    Pursuant to Order from this Court, the parties are to serve the Rule 26(f) disclosures

7    and submit a joint case management order on May 29, 2012.  (Doc 97.)

8       B.    Plaintiff seeks from this Court an extension of both deadlines to June 7, 2012.

9       C.    Defendants do not object to this extension.

10      D.    To comply with the Court rules, both parties also consent to moving the Initial Case

11   Management Conference from Tuesday, June 5, 2012 to Thursday, June 14, 2012, at 4:15 p.m.

12   PDT, at the United States District Court, Courtroom E, 15th Floor, 450 Golden Gate Avenue, San

13   Francisco, California, before Judge Elizabeth D. Laporte.

14                                  **S T I P U L A T I O N**

15      Accordingly, the parties stipulate and agree as follows:

16      1.    Plaintiff and Defendants shall serve their Rule 26(f) Disclosures and submit a Joint

17   Proposed Case Management Order no later than June 7, 2012.

18      2.    The Initial Case Management Conference is set for Thursday, June 14, 2012, at 4:15

19   p.m. PDT, at the United States District Court, Courtroom E, 15th Floor, 450 Golden Gate Avenue,

20   San Francisco, California, before Judge Elizabeth D. Laporte.

21

22   Respectfully submitted,

23   Dated: May 30, 2012

24                          **CLAASSEN, a Professional Corporation**

25
                            By: /s/ John S. Claassen
26                              John S. Claassen, Esq.
                                Attorneys for Defendants
27                              MULESOFT, INC. and PHILIP T. BRADLEY

28                                          2

1 | Respectfully submitted,

2 | Dated: May 30, 2012

3 | **MOSER & MARSALEK, P.C.**

4 |

5 | By: /s/ Philip L. Willman (admitted *Pro Hac)*
/s/  Jennifer A Betz (admitted *Pro Hac)*
Attorneys for Plaintiff

6 | BUSINESS INTEGRATION TECHNOLOGY, INC.

7 |

Respectfully submitted,

8 | Dated: May 30, 2012

9 |

10 | **WILSON, ELSER. MOSKOWITZ, EDELMAN & DICKER LLP**

11 | By: /s/ Francis Torrence
Attorney for Plaintiff

12 | BUSINESS INTEGRATION TECHNOLOGY, INC.

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

REVISED STIPULATION TO ENLARGE TIME FOR PARTIES TO SERVE THEIR RULE 26 DISCLOSURES AND SUBMIT
JOINT CASE MANAGEMENT ORDER; [PROPOSED ORDER]                    Case No. 3:11-cv-04782 EDL
884600.1

1
2

**[~~PROPOSED~~ ORDER]**

3          For good cause shown, the above Stipulation of the Parties is adopted as the Order of the

4   Court.

5          IT IS SO ORDERED.

6

7   Date: ___May 31, 2012_____

8          Eliza                   IT IS SO ORDERED
           UNI       Judge Elizabeth D. Laporte   MAGISTRATE JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REVISED STIPULATION TO ENLARGE TIME FOR PARTIES TO SERVE THEIR RULE 26 DISCLOSURES AND SUBMIT
JOINT CASE MANAGEMENT ORDER; [PROPOSED ORDER]                    Case No. 3:11-cv-04782 EDL
884600.1

1        **DECLARATION OF JENNIFER A. BETZ, ESQ.**

2        I, Jennifer A. Betz, state as follows:

3        1.      I am admitted *pro hac vice* to practice before this Court in this matter. I am one of

4   the counsel of record for Plaintiff Business Integration Technology, Inc., in the above-captioned

5   action. Unless otherwise indicated, I have personal knowledge of the facts alleged herein and court

6   and would testify competently thereto if asked to do so.

7        2.      Plaintiff is seeking this enlargement of time to accommodate professional and

8   personal conflicts.

9        3.      I do not believe that the enlargement of time requested through the parties'

10  stipulation will affect any existing deadlines imposed by the Court, or status of case.

11       I declare under penalty of perjury under the laws of the United States that the foregoing is

12  true and correct. Executed this 30th Day of May, 2012, at St. Louis, Missouri.

13

14                      By: /s/ Jennifer A Betz (admitted *Pro Hac*)
                            JENNIFER A. BETZ, ESQ.

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                              5

REVISED STIPULATION TO ENLARGE TIME FOR PARTIES TO SERVE THEIR RULE 26 DISCLOSURES AND SUBMIT
JOINT CASE MANAGEMENT ORDER; [PROPOSED ORDER]                    Case No. 3:11-cv-04782 EDL
 884600.1

1

## CERTIFICATION

2

3      I, Francis J. Torrence, Esq., am the ECF User whose identification and password are being

4  used to file the REVISED STIPULATION TO ENLARGE TIME FOR PARTIES TO SERVE

5  THEIR RULE 26(f) DISCLOSURS AND SUBMIT A JOINT CASE MANAGEMENT ORDER

6  (Local Civ. R. 6-1(b)); DECLARATION OF JENNIFER A. BETZ; and [PROPOSED] ORDER.  In

7  compliance with General Order 4.X.B., I hereby attest that John S. Claassen, Esq. has concurred in

8  this filing.

9  Respectfully submitted,

10  Dated:  May 30, 2012

11                    **WILSON, ELSER. MOSKOWITZ, EDELMAN & DICKER LLP**

12

13           By:  /s/ Francis Torrence_____
                    Attorney for Plaintiff
                    BUSINESS INTEGRATION TECHNOLOGY, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REVISED STIPULATION TO ENLARGE TIME FOR PARTIES TO SERVE THEIR RULE 26 DISCLOSURES AND SUBMIT
JOINT CASE MANAGEMENT ORDER; [PROPOSED ORDER]                    Case No. 3:11-cv-04782 EDL
884600.1