1  PHILIP L. WILLMAN (*Admitted Pro Hac*)
   JENNIFER A. BETZ (*Admitted Pro Hac*)
2  **MOSER & MARSALEK, P.C.**
   200 North Broadway, Suite 700
3  St. Louis, Missouri 63102
   Telephone:    (314) 421-5364
4  Facsimile:    (314) 421-5640

5  FRANCIS TORRENCE (State Bar No,. 154653)
   **WILSON, ELSER, MOSKOWITZ,**
6  **EDELMAN & DICKER LLP**
   525 Market Street, 17th Floor
7  San Francisco, California 94105-2725
   Telephone:    (415) 433-0990
8  Facsimile:    (415) 434-1370

9  Attorneys for Plaintiff,
   BUSINESS INTEGRATION TECHNOLOGY, INC.

10

11              **UNITED STATES DISTRICT COURT**

12             **NORTHERN DISTRICT OF CALIFORNIA**

13

14  BUSINESS INTEGRATION            )  Case No.:   3:11-cv-04782 EDL
    TECHNOLOGY, INC.,               )
15                                  )  *Hon. Elizabeth D. Laporte*
                                    )
16            Plaintiff,            )  **REVISED STIPULATION TO ENLARGE**
                                    )  **TIME FOR PARTIES TO SERVE THEIR**
17        v.                        )  **RULE 26 DISCLOSURES AND SUBMIT**
                                    )  **JOINT CASE MANAGEMENT ORDER;**
18  MULESOFT, INC. & PHILIP T. BRADLEY,  )  **DECLARATION OF JENNIFER A. BETZ;**
                                    )  **[~~PROPOSED~~] ORDER]**
19            Defendants.           )
    _____)

20

21

22

23

24

25

26

27

28

**REVISED STIPULATION AND [PROPOSED] ORDR TO ENLARGE TIME FOR PARTIES TO SERVE THEIR RULE 26 DISCLOSURES AND SUBMIT THEIR JOINT CASE MANAGEMENT ORDER**

Plaintiff, Business Integration Technology, Inc. (hereinafter "BIT"), hereby states as follows:

**R E C I T A L S**

A.      Pursuant to Order from this Court, the parties are to serve the Rule 26(f) disclosures and submit a joint case management order on May 29, 2012.  (Doc 97.)

B.      Plaintiff seeks from this Court an extension of both deadlines to June 7, 2012.

C.      Defendants do not object to this extension.

D.      To comply with the Court rules, both parties also consent to moving the Initial Case Management Conference from Tuesday, June 5, 2012 to Thursday, June 14, 2012, at 4:15 p.m. PDT, at the United States District Court, Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, before Judge Elizabeth D. Laporte.

**S T I P U L A T I O N**

Accordingly, the parties stipulate and agree as follows:

1.      Plaintiff and Defendants shall serve their Rule 26(f) Disclosures and submit a Joint Proposed Case Management Order no later than June 7, 2012.

2.      The Initial Case Management Conference is set for Thursday, June 14, 2012, at 4:15 p.m. PDT, at the United States District Court, Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, before Judge Elizabeth D. Laporte.

Respectfully submitted,

Dated: May 30, 2012

**CLAASSEN, a Professional Corporation**

By: /s/ John S. Claassen
    John S. Claassen, Esq.
    Attorneys for Defendants
    MULESOFT, INC. and PHILIP T. BRADLEY

2

REVISED STIPULATION TO ENLARGE TIME FOR PARTIES TO SERVE THEIR RULE 26 DISCLOSURES AND SUBMIT JOINT CASE MANAGEMENT ORDER; [PROPOSED ORDER]                Case No. 3:11-cv-04782 EDL
884600.1

1   Respectfully submitted,

2   Dated: May 30, 2012

3                           **MOSER & MARSALEK, P.C.**

4
                            By:  /s/ Philip L. Willman (admitted *Pro Hac)*
5                                /s/  Jennifer A Betz (admitted *Pro Hac)*
                                 Attorneys for Plaintiff
6                                BUSINESS INTEGRATION TECHNOLOGY, INC.

7   Respectfully submitted,

8   Dated: May 30, 2012

9                           **WILSON, ELSER. MOSKOWITZ, EDELMAN & DICKER LLP**

10

11                          By:  /s/ Francis Torrence
                                 Attorney for Plaintiff
12                               BUSINESS INTEGRATION TECHNOLOGY, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REVISED STIPULATION TO ENLARGE TIME FOR PARTIES TO SERVE THEIR RULE 26 DISCLOSURES AND SUBMIT
JOINT CASE MANAGEMENT ORDER; [PROPOSED ORDER]                    Case No. 3:11-cv-04782 EDL
884600.1

1

## [PROPOSED ORDER]

2

3        For good cause shown, the above Stipulation of the Parties is adopted as the Order of the

4   Court.

5        IT IS SO ORDERED.

6

7   Date: ___May 31, 2012___

8                                               _____
                                                Elizabeth
9                                               UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED

*Elizabeth D. Laporte*

Judge Elizabeth D. Laporte

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REVISED STIPULATION TO ENLARGE TIME FOR PARTIES TO SERVE THEIR RULE 26 DISCLOSURES AND SUBMIT
JOINT CASE MANAGEMENT ORDER; [PROPOSED ORDER]                    Case No. 3:11-cv-04782 EDL
884600.1

1

### DECLARATION OF JENNIFER A. BETZ, ESQ.

2          I, Jennifer A. Betz, state as follows:

3          1.      I am admitted *pro hac vice* to practice before this Court in this matter.  I am one of

4     the counsel of record for Plaintiff Business Integration Technology, Inc., in the above-captioned

5     action.  Unless otherwise indicated, I have personal knowledge of the facts alleged herein and court

6     and would testify competently thereto if asked to do so.

7          2.      Plaintiff is seeking this enlargement of time to accommodate professional and

8     personal conflicts.

9          3.      I do not believe that the enlargement of time requested through the parties'

10    stipulation will affect any existing deadlines imposed by the Court, or status of case.

11         I declare under penalty of perjury under the laws of the United States that the foregoing is

12    true and correct.  Executed this 30th Day of May, 2012, at St. Louis, Missouri.

13

14                              By: /s/  Jennifer A Betz (admitted *Pro Hac*) _____

15                                   JENNIFER A. BETZ, ESQ.

16

17

18

19

20

21

22

23

24

25

26

27

28

REVISED STIPULATION TO ENLARGE TIME FOR PARTIES TO SERVE THEIR RULE 26 DISCLOSURES AND SUBMIT
JOINT CASE MANAGEMENT ORDER; [PROPOSED ORDER]                    Case No. 3:11-cv-04782 EDL
884600.1

1

## CERTIFICATION

2

3          I, Francis J. Torrence, Esq., am the ECF User whose identification and password are being

4  used to file the REVISED STIPULATION TO ENLARGE TIME FOR PARTIES TO SERVE

5  THEIR RULE 26(f) DISCLOSURS AND SUBMIT A JOINT CASE MANAGEMENT ORDER

6  (Local Civ. R. 6-1(b)); DECLARATION OF JENNIFER A. BETZ; and [PROPOSED] ORDER.  In

7  compliance with General Order 4.X.B., I hereby attest that John S. Claassen, Esq. has concurred in

8  this filing.

9  Respectfully submitted,

10  Dated: May 30, 2012

11                              **WILSON, ELSER. MOSKOWITZ, EDELMAN & DICKER LLP**

12

13          By:  /s/ Francis Torrence_____
                      Attorney for Plaintiff
14                      BUSINESS INTEGRATION TECHNOLOGY, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REVISED STIPULATION TO ENLARGE TIME FOR PARTIES TO SERVE THEIR RULE 26 DISCLOSURES AND SUBMIT
JOINT CASE MANAGEMENT ORDER; [PROPOSED ORDER]                    Case No. 3:11-cv-04782 EDL
884600.1