1 | CLAASSEN, Professional Corporation
John S. Claassen, Esq. (212954)
2 | 1999 Harrison St., Suite 2210
Oakland, CA 94612
3 | Tel.: (510) 251-8010
Fax: (510) 868-3398
4
Attorney for Defendants
5 | MULESOFT, INC. and
PHILIP T. BRADLEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| BUSINESS INTEGRATION TECHNOLOGY, INC., | ) ) ) | Case No. 3:11-cv-04782-EDL |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION & [PROPOSED] ORDER CONTINUING DEADLINE FOR SUBMISSION OF THE JOINT CASE MANAGEMENT CONFERENCE & INITIAL DISCLOSURES [AND CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE]** |
| v. | ) ) ) ) | |
| MULESOFT, INC. & PHILIP T. BRADLEY, | ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION & [PROPOSED] ORDER**  3:11-cv-04782-EDL

# STIPULATION & [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE & RELATED DEADLINES

Defendants MuleSoft, Inc. and Philip T. Bradley ("Defendants") and plaintiff Business Integration Technology ("Plaintiff") hereby recite, stipulate, and agree pursuant to Civil Local Rules 7-12 and 16-2(d) as follows:

## R E C I T A L S

A. The parties' joint case management statement and initial disclosures are due on June 7.

B. The parties believe that it would be in their best interests and in the interest of avoiding the unnecessary use of judicial resources to take a few additional days to finalize the contents of their joint case management statement and to serve initial disclosures. They therefore seek a continuance of the deadline to serve their initial disclosures pursuant to Fed. R. Civ. Pro. 26(a)(1) and file a joint Case Management Statement until no later than Monday, June 11, 2012.

C. The parties are amenable to holding the Initial Case Management Conference on the scheduled date of June 14, 2012 at 4:15 p.m. If the Court desires a further continuance until June 19, 2012 at 10:00 a.m. or the next available date, they are agreeable to such a continuance as well.

## S T I P U L A T I O N

Accordingly, the parties stipulate and agree as follows:

1. The parties shall serve their initial disclosures and file a joint case management conference statement no later than June 11, 2012.

2. [The Initial Case Management Conference scheduled for June 14, 2012 at 4:30 is vacated and re-set to June 19, 2012 at 10:00 a.m. / _____, 2012 at _____ _.m.]

STIPULATION & [PROPOSED] ORDER          3:11-cv-04782-EDL
-1-

1 | Respectfully submitted,

2 | DATED: 06/07/2012                                CLAASSEN, Professional Corporation

3

4 |                                                                By: /s/ John S. Claassen, Esq.
                                                                         John S. Claassen, Esq.
5 |                                                                Attorney for Defendants
                                                                   MULESOFT, INC. & PHILIP T. BRADLEY
6

7 | DATED: 06/07/2012                                MOSER & MARSALEK, P.C.

8

9 |                                                                By: /s/ Jennifer Betz, Esq.
                                                                         Jennifer Betz, Esq. (*admitted pro hac*)
10 |                                                               Attorneys for Plaintiff
                                                                   BUSINESS INTEGRATION TECHNOLOGY,
11 |                                                               INC.

12 |                                        ~~[PROPOSED]~~ **ORDER**

13 |        For good cause shown, the above stipulation of the parties is adopted as the Order of the

14 | Court with / without the inclusion of paragraph 2.  [The Initial Case Management Conference

15 | scheduled for June 14 is vacated.  It is hereby rescheduled for ___June___ _19_, 2012 at_10_ a_m.]

16 | IT IS SO ORDERED.

17 | DATED:   June 8, 2012

                                                                   _____
18 |                                                               Elizabeth D. Laporte
                                                                   UNITED STATES MAGISTRATE JUDGE

## CERTIFICATON

I John S. Claassen, Esq., am the ECF User whose identification and password are being used to file **STIPULATION & [PROPOSED] ORDER.** In compliance with General Order 45.X.B, I hereby attest that Jennifer Betz, Esq. has concurred in this filing.

Respectfully submitted,

DATED: 06/07/2012                             CLAASSEN, Professional Corporation


By:  /s/ John S. Claassen
         John S. Claassen, Esq.
Attorney for Defendants
MULESOFT, INC. & PHILIP T. BRADLEY