1  CLAASSEN, Professional Corporation
   John S. Claassen, Esq. (212954)
2  1999 Harrison St., Suite 2210
   Oakland, CA 94612
3  Tel.: (510) 251-8010
   Fax: (510) 868-3398
4
   Attorney for Defendants
5  MULESOFT, INC. and
   PHILIP T. BRADLEY
6
   **UNITED STATES DISTRICT COURT**
7
   **NORTHERN DISTRICT OF CALIFORNIA**
8

| | |
|---|---|
| BUSINESS INTEGRATION TECHNOLOGY, INC., | Case No. 3:11-cv-04782-EDL |
| Plaintiff, | **STIPULATION TO CONTINUE DEADLINE FOR COMPLETION OF MEDIATION PROCEEDINGS AND FURTHER CMC; and** |
| v. | |
| MULESOFT, INC. & PHILIP T. BRADLEY, | **[PROPOSED]** ORDER  DENYING CONTINUANCE OF MEDIATION DEADLINE AND CASE MANAGEMENT CONFERENCE |
| Defendants. | |

# STIPULATION & [PROPOSED] ORDER TO CONTINUE DEADLINE FOR COMPLETION OF MEDIATION PROCEEDINGS AND FURTHER CMC

Defendants MuleSoft, Inc. and Philip T. Bradley ("Defendants") and plaintiff Business Integration Technology ("Plaintiff") hereby recite, stipulate, and agree pursuant to Civil Local Rule 6-1(b) as follows:

## RECITALS

A. Mediation proceedings are scheduled to be completed by October 15, 2012 per Case Management Conference Orders After Hearing of June 19, 2012.

B. The parties desire to continue the deadline for mediation and the next case management conference proceedings for ninety (90) days until no later than January 14, 2013.

C. In keeping with the scheduling of the Case Management Conference Orders After Hearing of June 19, 2012, the parties desire that the Further Case Management Conference originally set for October 30, 2012 at 10:00 a.m. should be continue to January 29, 2013 at 10:00 a.m.

//
//
//
//
//
//
//
//
//
//
//
//

# S T I P U L A T I O N

Accordingly, the parties stipulate and agree as follows:

1. Mediation proceedings shall be completed no later than January 14, 2013.
2. The Further Case Management Conference shall take place on January 29, 2013 at 10:00 a.m.

Respectfully submitted,

DATED: 10/23/2012                CLAASSEN, Professional Corporation

By: /s/ John S. Claassen, Esq.
       John S. Claassen, Esq.
Attorney for Defendants
MULESOFT, INC. & PHILIP T. BRADLEY

DATED: 10/23/2012                BROWN & JAMES, P.C.

By: /s/ Jennifer Betz, Esq.
       Jennifer Betz, Esq. (*admitted pro hac*)
Attorneys for Plaintiff
BUSINESS INTEGRATION TECHNOLOGY, INC.

# [PROPOSED] ORDER

For good cause shown, the above stipulation of the parties is ~~adopted as the Order of the Court.~~ DENIED. The parties shall appear at the Case Management Conference set for October 30, 2012 as previously ordered and shall be prepared to explain why they did not comply with the October 15, 2012 Mediation deadline.

IT IS SO ORDERED.

DATED: October 25, 2012

_____
Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE

//
//

**STIPULATION & [PROPOSED] ORDER TO CONTINUE
DEADLINE FOR COMPLETION OF MEDIATION
PROCEEDINGS AND FURTHER CMC**                                3:11-cv-04782-EDL

-2-