1  CLAASSEN, Professional Corporation
   John S. Claassen, Esq. (212954)
2  1970 Broadway, Suite 525
   Oakland, CA 94612
3  Tel.: (510) 251-8010
   Fax: (510) 868-3398
4
   Attorney for Defendant
5  PHILIP T. BRADLEY

6
                    **UNITED STATES DISTRICT COURT**
7
                    **NORTHERN DISTRICT OF CALIFORNIA**
8

9  BUSINESS INTEGRATION           )   Hon. Elizabeth D. Laporte
   TECHNOLOGY, INC.,              )
10                                )   Case No.: 3:11-cv-04782-EDL
                                  )
        Plaintiff,                )
11                                )   **MOTION FOR ADMINISTRATIVE**
                                  )   **RELIEF TO PERMIT DEFENDANT**
12 v.                             )   **TO FILE SUR-REPLY**   AND ORDER
                                  )
13 MULESOFT, INC. & PHILIP T.     )   Date:      Feb. 12, 2013
   BRADLEY,                       )   Time:      9:00 a.m.
14                                )   Room:      15 E
        Defendants.               )
15                                )
   _____)
16

---

**MOTION FOR ADMINISTRATIVE RELIEF TO**
**PERMIT DEFENDANT TO FILE SUR-REPLY**                    **3:11-cv-04782-EDL**

**MOTION FOR ADMINISTRATIVE RELIEF TO
PERMIT DEFENDANT TO FILE SUR-REPLY**

Defendant Philip T. Bradley ("Defendant") respectfully submits this Administrative Motion for permission to file a Sur-Reply pursuant to Civil Local Rule 7-3(d).

Plaintiff filed a sparse, four-paragraph Motion for Leave to Amend (Doc. 135) on or around December 31, 2012. The filing sought leave to file a claim of breach of NDA against Defendant – a non-signatory to the NDA – without any explanation regarding why a company employee should be liable for the company's contract. The document lacked either a supporting memorandum or declaration.

After Defendant filed an opposition, Plaintiff submitted a reply that, for the first time, offered a theory regarding why Defendant should be liable on the contract of another. As explained in the accompanying Sur-Reply, the theory runs directly counter to California agency law.

Local Civil Rule 7-3(d) requires court approval to file documents relating to motions after the filing of a reply. Because Defendant has not yet had an opportunity to address the theory asserted by Plaintiff and because citations to applicable California law should benefit the Court in its consideration of Plaintiff's motion, he respectfully requests leave to file a Sur-Reply.

Respectfully submitted,

DATED: January 17, 2013                CLAASSEN, Professional Corporation

                                       /s/ John S. Claassen, Esq.

                                       By: _____
                                            John S. Claassen, Esq.

                                       Attorney for Defendant
                                       PHILIP T. BRADLEY

Date: January 28, 2013



IT IS SO ORDERED
Judge Elizabeth D. Laporte

MOTION FOR ADMINISTRATIVE RELIEF
TO PERMIT DEFENDANT TO FILE SUR-REPLY                          3:11-cv-04782-EDL